UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X      O R D E R
HAYM SALOMON HOME FOR THE AGED, LLC

              Plaintiff,      CV-06-3266 (JG)

-against-

HSB GROUP, INC., et al.,

              Defendants.
----------------------------------X

FILED IN CLERK'S OFFICE U.S. DISTRICT COURT. E.D.N.Y. ★ JUL 13 2006 ★ BROOKLYN OFFICE

    An initial conference will be held in the above-captioned case on November 8, 2006 at 12:30 P.M., before the Honorable Joan M. Azrack, United States Magistrate Judge, in **Room 1210S** at 225 Cadman Plaza East, Brooklyn, New York.  In the event the complaint is answered before the above date and you would prefer a conference sooner, of if this case becomes eligible for Arbitration, please contact Magistrate Azrack's chambers at **718-613-2530**.  All counsel must be present.

    <u>**Plaintiff's counsel is requested to confirm that all necessary participants are aware of this conference**</u>.  No request for adjournment will be considered unless made at least forty-eight (48) hours before the scheduled conference.

    SO ORDERED.

Dated: Brooklyn, New York
       July 6, 2006

                                    s.Joan M. Azrack
                                    JOAN M. AZRACK
                                    UNITED STATES MAGISTRATE JUDGE