D1F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------X    O R D E R
HAYM SALOMON HOME FOR THE AGED, LLC

               Plaintiff,       CV-06-3266 (JG)

-against-

HSB GROUP, INC., et al.,

               Defendants.
--------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT. E.D.N.Y.
★ JUL 13 2006 ★
BROOKLYN OFFICE

An initial conference will be held in the above-captioned case on November 8, 2006 at 12:30 P.M., before the Honorable Joan M. Azrack, United States Magistrate Judge, in **Room 1210S** at 225 Cadman Plaza East, Brooklyn, New York. In the event the complaint is answered before the above date and you would prefer a conference sooner, of if this case becomes eligible for Arbitration, please contact Magistrate Azrack's chambers at **718-613-2530**. All counsel must be present.

<u>**Plaintiff's counsel is requested to confirm that all necessary participants are aware of this conference**</u>. No request for adjournment will be considered unless made at least forty-eight (48) hours before the scheduled conference.

SO ORDERED.

Dated: Brooklyn, New York
      July 6, 2006

                                s.Joan M. Azrack
                                JOAN M. AZRACK
                                UNITED STATES MAGISTRATE JUDGE